**SO ORDERED.**

**SIGNED this 17th day of November, 2016.**



_____
Janice Miller Karlin
United States Chief Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

    ALAN RAY WARD
    LINDA EARLENE SMITH WARD
         Debtors                      Case No: 12-41636

**FINAL DECREE**
-----------------------
**DISMISSED AFTER CONFIRMATION**

    The Petition of Jan Hamilton, Trustee of the above named debtor(s) for Final Decree, discharging him as Trustee and closing the estate having been heard, and due notice of said hearing having been given by mail to all persons entitled thereto, and no adverse interest having been represented at said hearing.

    The Court finds the report of the Trustee should be approved.

    **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Final Report and Account of the Standing Chapter 13 Trustee be and the same is hereby approved, and he be discharged as Trustee of the above named Debtors, and he and the surety on his bond be and they are hereby released from any and all liability upon such bond on account of the subject proceeding arising hereafter, and this case be, and hereby is, closed.

                                                ###

Prepared and Approved By:

s/Jan Hamilton, Chapter 13 Trustee
Jan Hamilton #08163
P.O. Box 3527, Topeka, KS 66601-3527
785-234-1551, 785-234-0537(FAX)
jan.hamilton@topeka13trustee.com

United States Bankruptcy Court
District of Kansas

In re:  
Alan Ray Ward  
Linda Earlene Smith Ward  
      Debtors

Case No. 12-41636-JMK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 1083-5     User: tdana     Page 1 of 1     Date Rcvd: Nov 17, 2016  
                    Form ID: pdf020     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2016.  
db/jdb       +Alan Ray Ward,    Linda Earlene Smith Ward,    600 SE 35th Terrace,    Topeka, KS 66605-2732

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2016                                                       Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2016 at the address(es) listed below:

        Ashley Osborn     on behalf of Creditor     JPMorgan Chase Bank, National Association ksbkecf@southlaw.com  
        Ashley Osborn     on behalf of Creditor     JPMorgan Chase Bank ksbkecf@southlaw.com  
        J Shannon Garrett     on behalf of Debtor Alan Ray Ward sgarrett@garrettlawllc.com, emckinley@garrettlawllc.com;GarrettLawLLCmyECF@gmail.com  
        J Shannon Garrett     on behalf of Joint Debtor Linda Earlene Smith Ward sgarrett@garrettlawllc.com, emckinley@garrettlawllc.com;GarrettLawLLCmyECF@gmail.com  
        Jan Hamilton     bdms@topeka13trustee.com  
        Paula Johnson     on behalf of Creditor     JPMorgan Chase Bank paula.johnson@chase.com  
        U.S. Trustee     ustpregion20.wi.ecf@usdoj.gov  
                                                                                                      TOTAL: 7